**ATTORNEY(S):** Pechman Law Group LLC
**INDEX #:** 1:21-cv-06874
**PURCHASED/FILED:** December 13, 2021
**STATE OF:** NEW YORK
**COURT:** U. S. District
**COUNTY/DISTRICT:** Eastern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Antonio Espinoza Valencia

Plaintiff(s)

against

The Wash Experts 2 LLC, et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**   Approx. Age: 60 yrs
Weight: 120 lbs   Height: 5' 1"   Sex: Female   Color of skin: White
Hair color: Brown   Other:

**Sean Warner**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **December 29, 2021**, at **12:50 PM**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**Summons in a Civil Action & Collective Action Complaint**

on

**The Wash Experts 2 LLC**

the Defendant in this action, by delivering to and leaving with **Nancy Dougherty** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of **$40** dollars; That said service was made pursuant to Section **LIMITED LIABILITY COMPANY LAW §303**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

29th day of December, 2021

ROBERT GUYETTE
Notary Public State of New York
01GU6382699 RENSSELAER COUNTY
Commission Expires OCTOBER 29, 2022

Sean Warner

**Invoice·Work Order #** 2141848
**Attorney File #** Espinoza Valencia